IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO JUAREZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF COALINGA, CHIEF CAL MINOR, CALIFORNIA HIGHWAY PATROL, CAPTAIN DANIEL MINOR, et al.,<br><br>　　　　　Defendants. | 1:11-cv-00733-LJO-SMS<br><br>**ORDER FOR PRODUCTION OF PLAINTIFF'S PEACE OFFICER PERSONNEL FILE FOR *IN CAMERA* REVIEW AND DISCLOSURE TO DEFENDANTS** (Doc. 15)<br><br>**Date: 8/24/11**<br>**Time: 10:00 a.m.**<br>**Ctrm: 7 ~ 6th Floor**<br><br>**ORDER STRIKING DOCUMENT NO. 18 FROM COURT DOCKET** |

　　　On July 8, 2011, the parties submitted a stipulation to request of the Court an *in camera* review of Plaintiff Roberto Juarez's personnel file, believed to be maintained by the California Department of Corrections and Rehabilitation ("CDCR") due to Plaintiff's current employment as a correctional officer at Pleasant Valley State Prison ("PVSP") (Doc. 15).  On August 5, 2011, the Court held an informal telephonic conference with counsel for the parties to discuss the stipulation, as well as the procedural mechanics for obtaining said personnel file.  Douglas Hurt, Esq., appeared telephonically on behalf of Plaintiff. Anthony M. Sain, Esq., of Manning & Kass Ellrod, Ramirez, Trester, LLP, appeared telephonically on behalf of Defendants, City of

Coalinga and Chief Cal Minor.  Deputy Attorney General Jill B. Scally appeared telephonically on behalf of defendants, California Highway Patrol and Captain Daniel Minor.

    The Court hereby acknowledges the stipulation and ORDERS the custodian/litigation coordinator for PVSP under the auspices of CDCR to appear before this Court for an *in camera* review hearing on August 24, 2011 at 10:00 a.m. in Courtroom No. 7 on the Sixth Floor of the Robert E. Coyle United States Courthouse located at 2500 Tulare Street, Fresno, CA, 93721.  It is the Court's desire that the custodian of records anticipate staying at or near the courthouse for the duration of the Court's review.  At conclusion, if the Court reaches a determination that portions of Plaintiff's personnel file are discoverable, such documents, tagged for copying, shall be returned for copying by the custodian and thereafter said copies forwarded to counsel for Defendants, City of Coalinga and Chief Cal Minor.  Defense counsel shall thereafter forward copies to counsel for Plaintiff and co-Defendants California Highway Patrol and Captain Daniel Minor.  **Note**: PVSP's custodian of records may charge reasonable travel and copying expenses to Defendant City/Minor's counsel for assisting in obtaining these records per the stipulation.

    It is further ORDERED that Document No. 18 in the court's docket be STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   August 8, 2011**　　　　　　　　　 **/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE