Eugene P. Ramirez, Esq., SBN 134865
Tony M. Sain, Esq., SBN 251626
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 South Figueroa Street
15th Floor at 801 Tower
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
epr@manningllp.com and tms@manningllp.com

Attorneys for Defendants, CITY OF COALINGA
AND CHIEF CAL MINOR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO JUAREZ,<br><br>          Plaintiffs,<br><br>vs.<br><br>CITY OF COALINGA, CHIEF CAL MINOR, CALIFORNIA HIGHWAY PATROL, CAPTAIN DANIEL MINOR, and DOES 1 through 10, Inclusive,<br><br>          Defendants. | Case No.:<br>**1:11-CV-00733-LJO-SMS**<br>[*Hon. Lawrence J. O'Neill, District Judge; Hon. Sandra M. Snyder, Magistrate Judge*]<br><br>**ORDER RE JOINT STIPULATION RE PARTIAL DISMISSAL OF CLAIMS**<br><br>Complaint Filed: 02/10/2011 |

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED:

1.      Plaintiff's Third Cause of Action (Violation of Civil Rights Due to Race or National Origin, pursuant to Cal. Civ. Code § 51.7(a)) is hereby DISMISSED WITH PREJUDICE in its entirety and as to all parties.

2.      Plaintiff's Fifth Cause of Action (Negligence, under California law) is hereby DISMISSED WITH PREJUDICE in its entirety and as to all parties.

3.      Plaintiff's Sixth Cause of Action (Negligence *Per Se*, under California law including Cal. Penal Code §§ 240, 242) is hereby DISMISSED WITH PREJUDICE in

its entirety and as to all parties.

   4. Plaintiff's Seventh Cause of Action (Negligent Infliction of Emotional Distress, pursuant to Cal. Civ. Code § 1714) is hereby DISMISSED WITH PREJUDICE in its entirety and as to all parties.

   5. Defendants agree that in exchange for the partial dismissals of the causes of action as explicated in this Stipulation, Defendants will not file a motion for summary judgment or summary adjudication on the remaining causes of action.

   6. Only the following claims shall be operative in this action:

   1) First Cause of Action for Assault, pursuant to Cal. Penal Code § 240 – against all defendants;

   2) Second Cause of Action for Battery, pursuant to Cal. Penal Code § 242 *et seq*. – against all defendants; and

   3) Fourth Cause of Action for Violation of Civil Rights, pursuant to 42 U.S.C. § 1983 – against all defendants by (a) Unlawful Search; (b) Unlawful Detention; and (c) Excessive Force.

   7. Furthermore, plaintiff and defendants mutually waive all costs, court fees, and attorneys' fees arising out of the litigation between these parties solely and only as to the aforementioned claims for which dismissal is hereby Ordered.

IT IS SO ORDERED.

Dated: June 12, 2012    /s/ Lawrence J. O'Neill
              UNITED STATES DISTRICT JUDGE