Eugene P. Ramirez, Esq. (SBN 134865)
Tony M. Sain, Esq. (SBN 251626)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 South Figueroa Street
15th Floor at 801 Tower
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
epr@manningllp.com and tms@manningllp.com

Attorneys for Defendants, CITY OF COALINGA
and CHIEF CAL MINOR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO JUAREZ,<br><br>              Plaintiffs,<br><br>vs.<br><br>CITY OF COALINGA, CHIEF CAL MINOR, CALIFORNIA HIGHWAY PATROL, CAPTAIN DANIEL MINOR, and DOES 1 through 10, Inclusive,<br><br>              Defendants. | Case No.:<br>**1:11-CV-00733-LJO-SMS**<br>[*Hon. Lawrence J. O'Neill, District Judge; Hon. Sandra M. Snyder, Magistrate Judge*]<br><br>**STIPULATION OF THE PARTIES FOR ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ENTIRE ACTION; ORDER**<br><br>Complaint Filed:  02/10/2011<br>PTC:              08/08/2012<br>Trial Date:       10/01/2012 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

IT IS HEREBY STIPULATED by and between the parties to this action, plaintiff ROBERTO JUAREZ ("Plaintiff"), defendants CITY OF COALINGA ("City") and CHIEF CAL MINOR (hereafter collectively as "City Defendants"), and defendants CALIFORNIA HIGHWAY PATROL ("CHP") and CAPTAIN DANIEL MINOR (hereafter collectively as "State Defendants"), by and through their

respective counsel of record, and pursuant to the extent applicable to Federal Rules of Civil Procedure 16 and 41(a) and United States District Court, Eastern District of California Local Rules 143, 160(b), 240(a)(5), 271(o)(2), and/or 281(a)(15), (b)(15) (as applicable), as follows.

## GOOD CAUSE STATEMENT.

1. Whereas, as a result of the Court's prior dismissal orders, Plaintiff's sole remaining operative claims in this action were for excessive force relating to an incident of May 29, 2010 involving Plaintiff, the City Defendants, and the State Defendants. [*See* Order, June 20, 2011, Dkt. Doc. 9; Order, June 12, 2012, Dkt. Doc. 42.] Specifically, the sole remaining operative claims by Plaintiff against the defendants in this action were/are: (1) a First Cause of Action for Assault, pursuant to Cal. Penal Code § 240 – against all defendants; (2) a Second Cause of Action for Battery, pursuant to Cal. Penal Code § 242 *et seq*. – against all defendants; and (3) a Fourth Cause of Action against all defendants for Violation of Civil Rights, pursuant to 42 U.S.C. § 1983 – by (a) Unlawful Search; (b) Unlawful Detention; and (c) Excessive Force. [*See* Order, June 12, 2012, Dkt. Doc. 42 at 2.]

2. Whereas, in light of the arrest of Plaintiff on or about June 18, 2012 by Fresno County Sheriff's deputies on charges of (a) assault and battery and (b) stalking of plaintiff's incident percipient witness Karrie Madrigal, substantial complications regarding discovery and presentation of testimonial evidence at trial were likely to develop or persist.

3. Therefore, in light of the foregoing, the parties hereby stipulate that **good cause exists** for the Court to dismiss with prejudice all of Plaintiff's claims in this action, and to dismiss the entire action with prejudice, as follows.

## STIPULATION FOR DISMISSAL WITH PREJUDICE.

4. Therefore, in light of all of the foregoing, the signatory parties hereby stipulate to, and respectfully request that the Court issue an appropriate Order giving effect to, the following dismissals with prejudice to all of Plaintiff's claims:

5. Plaintiff hereby stipulates (and the signatory parties respectfully request that the Court issue an Order) to **dismiss with prejudice** all claims against the City Defendants and all claims against the State Defendants under Plaintiff's First Cause of Action against all defendants for Assault, pursuant to Cal. Penal Code § 240 – and to dismiss with prejudice the First Cause of Action in its entirety as to all parties.

6. Plaintiff hereby stipulates (and the signatory parties respectfully request that the Court issue an Order) to **dismiss with prejudice** all claims against the City Defendants and all claims against the State Defendants under Plaintiff's Second Cause of Action against all defendants for Battery, pursuant to Cal. Penal Code § 242 *et seq*. – and to dismiss with prejudice the Second Cause of Action in its entirety as to all parties.

7. Plaintiff hereby stipulates (and the signatory parties respectfully request that the Court issue an Order) to **dismiss with prejudice** all claims against the City Defendants and all claims against the State Defendants under Plaintiff's Fourth Cause of Action against all defendants for Violation of Civil Rights, pursuant to 42 U.S.C. § 1983 – by (a) Unlawful Search; (b) Unlawful Detention; and (c) Excessive Force – and to dismiss with prejudice the Fourth Cause of Action in its entirety as to all parties.

8. Plaintiff hereby stipulates (and the signatory parties respectfully request that the Court issue an Order) to **dismiss with prejudice** the **entire action** – including all claims by Plaintiff against all defendants, including all claims against any parties to the above entitled lawsuit (case no. 1:11-CV-00733-LJO-SMS).

9. The signatory parties hereby agree that this Stipulation for dismissal constitutes a general mutual release of all claims – including all claims for liability or damages or otherwise by Plaintiff against any of the defendants or their agents or employees – and a mutual waiver of all costs, court fees, and attorneys' fees arising out of this litigation between these parties.  Plaintiff hereby further stipulates that Plaintiff voluntarily, intelligently, and knowingly agrees to such release and waiver.

///

10. It is further agreed that this Stipulation may be signed in counterpart and that a facsimile or electronic signature will be as valid as an original signature.

**IT IS SO STIPULATED**.

Dated: June 25, 2012  **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By: /s/ Tony M. Sain
      Eugene P. Ramirez, Esq.
      Tony M. Sain, Esq.
Attorneys for Defendants,
CITY OF COALINGA AND CHIEF
CAL MINOR


Dated: June 25, 2012  **LAW OFFICES OF DOUGLAS L. HURT**


By: /s/ Douglas L. Hurt
      Douglas L. Hurt, Esq.
Attorneys for Plaintiff,
ROBERTO JUAREZ


Dated: June 25, 2012  **OFFICE OF THE ATTORNEY GENERAL**
**FOR THE STATE OF CALIFORNIA**


By: /s/ Jilly Scally
      Jilly Scally, Deputy Attorney General
Attorneys for Defendants,
CALIFORNIA HIGHWAY PATROL AND
CAPTAIN DAVID MINOR

## **ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1. Plaintiff's First Cause of Action against all defendants for Assault, pursuant to Cal. Penal Code § 240, is hereby DISMISSED WITH PREJUDICE in its entirety and as to all parties.

2. Plaintiff's Second Cause of Action against all defendants for Battery, pursuant to Cal. Penal Code § 242 *et seq.*, is hereby DISMISSED WITH PREJUDICE in its entirety and as to all parties.

3. Plaintiff's Fourth Cause of Action against all defendants for Violation of Civil Rights, pursuant to 42 U.S.C. § 1983 – by (a) Unlawful Search; (b) Unlawful Detention; and (c) Excessive Force – is hereby DISMISSED WITH PREJUDICE in its entirety and as to all parties.

4. In light of the foregoing and in light of the prior Orders of this Court, the above entitled action, case no. 1:11-CV-00733-LJO-SMS, is hereby DISMISSED IN ITS ENTIRETY and DISMISSED WITH PREJUDICE as to all parties.

///
///
///

K:\LJO\To_Be_Signed\11cv0733.dismissal.glg.wpd

5. Furthermore, plaintiff and defendants mutually waive and release all claims – including all claims for liability or damages or otherwise by Plaintiff against any of the defendants or their agents or employees – and mutually waive and release all costs, court fees, and attorneys' fees arising out of this litigation between these parties thereto.

The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:     June 25, 2012**                          /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE